**UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA**

---

In re Medtronic, Inc. Sprint Fidelis
Leads Products Liability Litigation

This document relates to:

Helen Mundis v. Medtronic, Inc., *et al.*, Civ. No. 08-5395
Dorothy Perkins v. Medtronic, Inc., *et al.*, Civ. No. 08-6356
Diane Zimmerman v. Medtronic, Inc., *et al.*, Civ. No. 08-6357

Multidistrict Litigation
No. 08-1905 (RHK/JSM)
**ORDER**

---

The Motions of the Plaintiffs in these three cases to withdraw their Notices of Appeal (Doc. No. 38 in 08-5395; Doc. No. 25 in 08-6356; Doc. No. 25 in 08-6357) are **GRANTED**. The Clerk of the Court is directed to refund to each Plaintiff the $455 appeal fee paid in connection with her Notice of Appeal.

Dated: June 12, 2009

s/Richard H. Kyle
RICHARD H. KYLE
United States District Judge